IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **MELISSA E. VEST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 5:13cv00067 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | **By: Hon. Michael F. Urbanski** |
| **Acting Commissioner of Social Security,** | ) | United States District Judge |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment, Dkt. No. 13, is **GRANTED**, that the plaintiff's supplemental motion for summary judgment, Dkt. No. 21, is **DENIED** as **MOOT**, that the Commissioner's motion for summary judgment, Dkt. No. 18, is **DENIED**, that the report and recommendation, Dkt. No. 22, is **ADOPTED,** that this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the report and recommendation, and that this matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered: September 16, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge